**LITE DEPALMA GREENBERG, LLC**
Victor A. Afanador, Esq.
Andrew L. Smith, Esq.
570 Broad Street, Suite 1201
Newark, New Jersey 07102
(973) 623-3000
vafanador@litedepalma.com
asmith@litedepalma.com

*Attorneys for Defendant, City of Paterson*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN MAJOR, | **Civil Action No.:** |
| Plaintiff, | Removed From: Superior Court of New Jersey |
| v. | Law Division: Passaic County Docket No. PAS-L-3818-18 |
| NABIL KAMEL, WALGREENS, ABC SECURITY COMPANY #1, EUDY RAMOS, CITY OF PATERSON | **NOTICE OF FILING PETITION TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY FOR REMOVAL** |
| Defendants. | **28 *U.S.C.* § 1446(d)** |

SIR/MADAM:

**PLEASE TAKE NOTICE** in accordance with 28 *U.S.C.* §§ 1441-1451, Defendant, City of Paterson, hereby gives notice that it has removed the above-entitled case from the Superior Court of New Jersey, Passaic County, to the United States District Court for the District of New Jersey. In support of this notice, Defendant states the following:

1. The within matter was commenced by Kevin Major, in the Superior Court of New Jersey, Passaic County, Docket No. PAS-L-3818-18. The City of Paterson was served on November 29, 2018.

2. The United States District Court has original jurisdiction of the above-captioned civil

1

action pursuant to 28 *U.S.C.* §§ 1331 because the cause of action brought by Plaintiff involves a federal question.

    3.   True copies of the Summons and Complaint, which comprise all pleadings and orders served upon the above Defendant in this action, are attached hereto as **Exhibit A.**

    4.   This removal is timely under 28 *U.S.C.* § 144(b) in that it was filed within thirty (30) days of Defendant's acceptance of the Complaint.

    5.   Defendant seeks removal of the within matter pursuant to 28 *U.S.C.* § 1441 because the Complaint alleges causes of action under federal law and/or the United States Constitution, including 42 *U.S.C.* § 1983. (See Exhibit A).

    6.   No previous petition or notice has been made for the relief sought herein.

    7.   A Notice of Filing Petition will be filed with the Clerk of the Superior Court of New Jersey in Trenton and the Clerk of the Superior Court of New Jersey in Passaic County.

    8.   Additionally, a copy of both Notices will be served upon Plaintiff. At the time of filing, no other defendant has filed an Answer to Plaintiff's Complaint.

    **WHEREFORE,** Defendant, City of Paterson, respectfully gives notice that the above-matter is removed to the United States District Court for the District of New Jersey from the Superior of New Jersey, Law Division, Passaic County.

                             **LITE DEPALMA GREENBERG, LLC**

                     By:   /s/ *Victor A. Afanador*
                            VICTOR A. AFANADOR, ESQ.
                            570 Broad Street, Suite 1201
                            Newark, New Jersey 07102
                            *Attorneys for Defendants, City of Paterson*

Date: December 7, 2018

# EXHIBIT A

KEVIN G. ROE
425 SUMMIT AVENUE
HACKENSACK, NEW JERSEY 07601
(201) 489-6777
ATTORNEY I.D. 024371980
ATTORNEY FOR PLAINTIFF

**RECEIVED**
NOV 29 2018
City of Paterson
Law Department

| | |
|---|---|
| KEVIN MAJOR<br><br>*Plaintiff*,<br><br>v.<br><br>NABIL KAMEL, WALGREENS,<br>ABC SECURITY COMPANY #1,<br>EUDY RAMOS, CITY OF PATERSON,<br>JOHN DOES 1-10 (fictitiously named) and<br>ABC COMPANIES 1-10 (fictitiously named),<br><br>*Defendants*. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: PASSAIC COUNTY<br><br>DOCKET NO. PAS-L-003818-18<br><br>CIVIL ACTION<br><br><br><br>SUMMONS |

2018 NOV 29 PM 12 48
SONIA L. GORDON
ACTING CITY CLERK
RECEIVED
CITY OF PATERSON, NJ

From The State of New Jersey
To The Defendant(s) Named Above:   **CITY OF PATERSON**

   The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the Clerk of the Superior Court in the County listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) A $175.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed.

   You must also send a copy of your answer or motion to plaintiff's attorney, whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the Court to hear your defense.

   If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and court costs. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

CITY CLERK
18:747(B)

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: November 21, 2018

/s/ *Michelle M. Smith*
Michelle M. Smith, Esq.
Acting Clerk of the Superior Court

*Name of defendant to be served*:   **CITY OF PATERSON**

*Address for service:*   **155 Market Street**
**Paterson, New Jersey 07505**

*Directory of Superior Court Deputy Clerk's Offices*
*County Lawyer Referral and Legal Services Offices*

ATLANTIC COUNTY:
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345–3444
LEGAL SERVICES
(609) 348–4200

BERGEN COUNTY:
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center
10 Main St.
Hackensack, NJ 07601–0769

LAWYER REFERRAL
(201) 488–0044
LEGAL SERVICES
(201) 487–2166

BURLINGTON COUNTY:
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261–4862
LEGAL SERVICES
(609) 261–1088

CAMDEN COUNTY:
Deputy Clerk of the
Superior Court
Civil Processing Office
1st Fl., Hall of Records
101 S. Fifth St.
Camden, NJ 08103

LAWYER REFERRAL
(856) 964–4520
LEGAL SERVICES
(856) 964–2010

CAPE MAY COUNTY:
Deputy Clerk of the
Superior Court
9 N. Main Street
Box DN–209
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463–0313
LEGAL SERVICES
(609) 465–3001

CUMBERLAND COUNTY:
Deputy Clerk of the
Superior Court

LAWYER REFERRAL
(856) 692–6207
LEGAL SERVICES

| | |
|---|---|
| Civil Case Management Office<br>Broad & Fayette Sts.,<br>P.O. Box 615<br>Bridgeton, NJ 08302 | (856) 451–0003 |
| ESSEX COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>50 West Market Street<br>Room 131<br>Newark, NJ 07102 | LAWYER REFERRAL<br>(973) 622–6207<br>LEGAL SERVICES<br>(973) 624–4500 |
| GLOUCESTER COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>Civil Case Management Office<br>Attn: Intake<br>First Fl., Court House<br>1 North Broad Street,<br>P.O. Box 129<br>Woodbury, NJ 08096 | LAWYER REFERRAL<br>(856) 848–4589<br>LEGAL SERVICES<br>(856) 848–5360 |
| HUDSON COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>Superior Court,<br>Civil Records Dept.<br>Brennan Court House—<br>1st Floor<br>583 Newark Ave.<br>Jersey City, NJ 07306 | LAWYER REFERRAL<br>(201) 798–2727<br>LEGAL SERVICES<br>(201) 792–6363 |
| HUNTERDON COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>Civil Division<br>65 Park Avenue<br>Flemington, NJ 08822 | LAWYER REFERRAL<br>(908) 735–2611<br>LEGAL SERVICES<br>(908) 782–7979 |
| MERCER COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>Local Filing Office,<br>Courthouse | LAWYER REFERRAL<br>(609) 585–6200<br>LEGAL SERVICES<br>(609) 695–6249 |

175 S. Broad Street,
P.O. Box 8068
Trenton, NJ 08650

| | |
|---|---|
| MIDDLESEX COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>Administration Building<br>Third Floor<br>1 Kennedy Sq.,<br>P.O. Box 2633<br>New Brunswick, NJ 08903–2633 | LAWYER REFERRAL<br>(732) 828–0053<br>LEGAL SERVICES<br>(732) 249–7600 |
| MONMOUTH COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>Court House<br>71 Monument Park<br>P.O. Box 1269<br>Freehold, NJ 07728–1269 | LAWYER REFERRAL<br>(732) 431–5544<br>LEGAL SERVICES<br>(732) 866–0020 |
| MORRIS COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>Civil Division<br>30 Schuyler Pl.,<br>P.O. Box 910<br>Morristown, NJ<br>07960–0910 | LAWYER REFERRAL<br>(973) 267–5882<br>LEGAL SERVICES<br>(973) 285–6911 |
| OCEAN COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>Court House, Room 119<br>118 Washington Street<br>Toms River, NJ 08754 | LAWYER REFERRAL<br>(732) 240–3666<br>LEGAL SERVICES<br>(732) 341–2727 |
| PASSAIC COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>Civil Division<br>Court House<br>77 Hamilton St.<br>Paterson, NJ 07505 | LAWYER REFERRAL<br>(973) 278–9223<br>LEGAL SERVICES<br>(973) 345–7171 |

| | |
|---|---|
| SALEM COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>92 Market St.,<br>P.O. Box 18<br>Salem, NJ 08079 | LAWYER REFERRAL<br>(856) 935–5628<br>LEGAL SERVICES<br>(856) 451–0003 |
| SOMERSET COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>Civil Division Office<br>New Court House,<br>3rd Fl.<br>P.O. Box 3000<br>Somerville, NJ 08876 | LAWYER REFERRAL<br>(908) 685–2323<br>LEGAL SERVICES<br>(908) 231–0840 |
| SUSSEX COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>Sussex County<br>Judicial Center<br>43–47 High Street<br>Newton, NJ 07860 | LAWYER REFERRAL<br>(973) 267–5882<br>LEGAL SERVICES<br>(973) 383–7400 |
| UNION COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>1st Fl., Court House<br>2 Broad Street<br>Elizabeth, NJ 07207–6073 | LAWYER REFERRAL<br>(908) 353–4715<br>LEGAL SERVICES<br>(908) 354–4340 |
| WARREN COUNTY:<br>Deputy Clerk of the<br>Superior Court<br>Civil Division Office<br>Court House<br>413 Second Street<br>Belvidere, NJ 07823–1500 | LAWYER REFERRAL<br>(973) 267–5882<br>LEGAL SERVICES<br>(973) 475–2010 |

```
PASSAIC SUPERIOR COURT
PASSAIC COUNTY COURTHOUSE
77 HAMILTON STREET
PATERSON          NJ 07505
                                         TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (973) 247-8176
COURT HOURS  8:30 AM - 4:30 PM

                         DATE:    NOVEMBER 20, 2018
                         RE:      MAJOR KEVIN   VS KAMEL NABIL
                         DOCKET:  PAS L -003818 18

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

     DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON RAYMOND A. REDDIN

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    003
AT:  (973) 247-8198 EXT 8198.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                         ATTENTION:
                                    ATT: KEVIN G. ROE
                                    KEVIN G. ROE
                                    425 SUMMIT AVENUE
                                    HACKENSACK      NJ 07601


ECOURTS
```

KEVIN G. ROE, ESQ.
Law Offices of Kevin G. Roe
425 Summit Avenue
Hackensack, New Jersey 07601
Attorney for Plaintiff, Kevin Major

| KEVIN MAJOR, | SUPERIOR COURT OF NEW JERSEY |
|---|---|
| *Plaintiff*, | LAW DIVISION: PASSAIC COUNTY |
| vs. | DOCKET NO. PAS-L- |
| NABIL KAMEL, WALGREENS, ABC SECURITY COMPANY #1, EUDY RAMOS, CITY OF PATERSON, JOHN DOES 1-10 (fictitiously named) and ABC COMPANIES 1-10 (fictitiously named), *Defendants*. | *Civil Action* **COMPLAINT & JURY DEMAND** |

Plaintiff, KEVIN MAJOR (herein "Plaintiff"), residing at 5 Grimes Place, Paterson, New Jersey, by way of Complaint against the Defendant(s), says:

**PARTIES AND BACKGROUND FACTS**

1. On or about the 20th day of November 2016 Plaintiff was lawfully on the premises of Walgreens, located at 618 East 18th Street, Paterson, New Jersey (herein "the premises").

2. At all relevant times, Defendants, WALGREENS, NABIL KAMEL, ABC SECURITY COMPANY #1, JOHN DOES 1-10 (fictitiously named) and ABC COMPANIES 1-10 (fictitiously named), were the owners of and/or were in control and operation of the premises.

3. At all relevant times, Defendant, NABIL KAMEL, was acting in his capacity as a security guard under the employ and/or agency of Defendants, WALGREENS and ABC SECURITY COMPANY #1.

4. At all relevant times, Defendant, EUDY RAMOS, was acting under color of authority as a Police Officer employed by and under the supervision of Defendant, CITY OF PATERSON.

5. At the aforementioned time and place, Defendants, NABIL KAMEL, was in an altercation with Darren Johnson and/or Natalia Gomez.

6. At the aforementioned time and place, Plaintiff attempted to intervene and assist Defendant, NABIL KAMEL, by getting Darren Johnson away from him.

7. Defendant, NABIL KAMEL, falsely accused Plaintiff of assaulting him.

8. The aforementioned altercation was captured on Defendant WALRGEENS' video surveillance and was reviewed on the date of the incident by Defendants, NABIL KAMEL and EUDY RAMOS.

9. Said video established that Plaintiff actual came to the aid of Defendant, NABIL KAMEL, and did not assault him.

10. Notwithstanding same, Defendant, EUDY RAMOS, signed a criminal complaint against Plaintiff charging second degree aggravated assault.

11. Plaintiff was transported to the Passaic County Jail where he remained for approximately thirty (30) days.

12. The criminal charges against Plaintiff were dismissed in or about April 2018.

## FIRST COUNT

13. Plaintiff repeats and reaffirms the prior paragraphs as if set forth verbatim herein.

14. On the aforementioned time and place and/or other dates thereafter, Defendant, NABIL KAMEL, maliciously filed a false complaint against Plaintiff.

15. Defendant, NABIL KAMEL, did not have reasonable ground to allege that Plaintiff committed an assault against him.

16. The aforementioned criminal charges were dismissed.

17. As a direct and proximate cause of the foregoing, Plaintiff suffered the following:

    a. being arrested and jailed in the Passaic County Jail;

    b. physical injury, pain, shock and mental anguish;

    c. loss of employment.

**WHEREFORE**, Plaintiff demands judgment against the Defendant, NABIL KAMEL, for damages, together with interest, costs of suit and attorney's fees.

## SECOND COUNT

18. Plaintiff repeats and reaffirms the prior paragraphs as if set forth verbatim herein.

19. At all times relevant to the Complaint, Defendants, WALGREENS, ABC SECURITY COMPANY #1, JOHN DOES 1-10 (fictitiously named) and ABC COMPANIES 1-10 (fictitiously named), was a principal or employer of Defendant, NABIL KAMEL.

20. At all times relevant to the Complaint, Defendant, NABIL KAMEL, committed a wrongful act causing damages to Plaintiff.

21. Said wrongful act was committed in the scope of agency or employment relationship with Defendants, WALGREENS, ABC SECURITY COMPANY #1, JOHN DOES 1-10 (fictitiously named) and ABC COMPANIES 1-10 (fictitiously named).

22. Said Defendants retained control of the manner and means of the security work performed by Defendant, NABIL KAMEL.

23. Said Defendants are responsible for damages sustained by Plaintiff under the doctrine of *Respondeat Superior*.

24. As a direct and proximate cause of the foregoing, Plaintiff suffered the following:

    a. being arrested and jailed in the Passaic County Jail;

    b. physical injury, pain, shock and mental anguish;

  c. loss of employment.

**WHEREFORE**, Plaintiff demands judgment against the Defendants, WALGREENS, ABC SECURITY COMPANY #1, JOHN DOES 1-10 (fictitiously named) and ABC COMPANIES 1-10 (fictitiously named), for damages, together with interest, costs of suit and attorney's fees.

## THIRD COUNT

25. Plaintiff repeats and reaffirms the prior paragraphs as if set forth verbatim herein.

26. Defendant, EUDY RAMOS, deprived Plaintiff of his civil, constitutional and statutory rights under color of law and is liable to Plaintiff under 42 U.S.C. §1983.

27. Defendant's conduct deprived Plaintiff of his right to be free of unreasonable searches and seizures, pursuant to the Fourth and Fourteenth Amendments to the United States Constitution.

28. Defendant's conduct deprived Plaintiff of his right to due process of law pursuant to the Fourteenth Amendment to the United States Constitution.

29. Defendant falsely arrested Plaintiff.

30. Defendant signed false criminal charges against Plaintiff.

31. Said criminal charges were dismissed.

32. Plaintiff has been damaged as a result of Defendant's wrongful acts.

33. As a direct and proximate cause of the foregoing, Plaintiff suffered the following:

  a. being arrested and jailed in the Passaic County Jail;

  b. physical injury, pain, shock and mental anguish;

  c. loss of employment.

**WHEREFORE**, Plaintiff demands judgment against the Defendant, EUDY RAMOS, for damages, together with interest, costs of suit and attorney's fees.

## FOURTH COUNT

34. Plaintiff repeats and reaffirms the prior paragraphs as if set forth verbatim herein.

35. At all times relevant to the Complaint, Defendant, CITY OF PATERSON, was aware of the conduct of Defendant, EUDY RAMOS, with regard to violating the constitutional rights of individuals that came into contact with Officer Ramos under color of law.

36. The incident involving Plaintiff was not an isolated incident with this Police Officer.

37. This Police Officer was subsequently arrested and indicted for violating the civil rights of other City inhabitants.

38. Despite due notice prior to the instant matter, the City failed to take corrective action.

39. This inaction and the policies in place within the City of Paterson, resulted in the incident in the present case wherein a City of Paterson Police Officer violated Plaintiff's civil rights without fear of reprisal.

40. Plaintiff has been damaged as a result of the deliberate indifference of Defendant, CITY OF PATERSON, to the constitutional rights of the City's inhabitants.

41. Defendant, CITY OF PATERSON, is liable for the damages suffered by Plaintiff as a result of the conduct of its Police Officer and the violation of Plaintiff's constitutional rights.

42. As a direct and proximate cause of the foregoing, Plaintiff suffered the following:

   a. being arrested and jailed in the Passaic County Jail;

   b. physical injury, pain, shock and mental anguish;

   c. loss of employment.

**WHEREFORE**, Plaintiff demands judgment against the Defendant, CITY OF PATERSON, for damages, together with interest, costs of suit and attorney's fees.

### DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Plaintiff designates Kevin G. Roe, Esq., as trial counsel.

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues herein.

### STATEMENT OF DAMAGES

Pursuant to R. 4:5-2, Plaintiff demands Three Million Dollars ($3,000,000.00) in damages as to all Counts of the Complaint.

### CERTIFICATION PURSUANT TO RULE 4:5-1

Pursuant to Rule 4:5-1, the undersigned certifies that the matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding, nor is any other action or arbitration proceeding contemplated.

LAW OFFICES OF KEVIN G. ROE

Kevin G. Roe, Esq.
Attorney for Plaintiff(s)

Dated: November 20, 2018

# Civil Case Information Statement

**Case Details: PASSAIC | Civil Part Docket# L-003818-18**

**Case Caption:** MAJOR KEVIN VS KAMEL NABIL
**Case Initiation Date:** 11/20/2018
**Attorney Name:** KEVIN G ROE
**Firm Name:** KEVIN G. ROE
**Address:** 425 SUMMIT AVENUE
HACKENSACK NJ 07601
**Phone:**
**Name of Party:** PLAINTIFF : Major, Kevin
**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** CIVIL RIGHTS
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Hurricane Sandy related?** NO
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** YES

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
  **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
  **If yes, for what language:**

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

11/20/2018
Dated

/s/ KEVIN G ROE
Signed